

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00124-CV

---

IN THE MATTER OF THE MARRIAGE OF RESHAY ALLISON AND DERRICK
DEWAYNE PELLUM AND IN THE INTEREST OF M.D.P., A CHILD

---

On Appeal from the County Court at Law
Panola County, Texas
Trial Court No. 2023-290

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Appellant, Derrick Dewayne Pellum, filed a pro se notice of appeal on November 24, 2025. The clerk's record was filed on January 21, 2026. The court reporter's record was filed on February 19, 2026. On March 19, 2026, we received a document that purported to be Pellum's appellate brief. On March 20, 2026, we sent Pellum a letter explaining that, for numerous reasons, the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. In our letter, we provided Pellum with a detailed explanation of why the document he provided to this Court failed to comply with Rule 38.1. We informed Pellum that if he did not file a brief that complied with Rule 38.1 by April 10, 2026, the appeal would be ripe for dismissal.

Pellum did not file a corrected brief or a motion for extension of time in which to file one. Therefore, this appeal is ripe for dismissal.

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b); *Williams v. Johnson*, No. 10-02-346-CV, 2003 WL 21361266, *1–2 (Tex. App.—Waco June 4, 2003, pet. denied) (per curiam) (mem. op.).

Jeff Rambin
Justice

Date Submitted:     April 29, 2026
Date Decided:       April 30, 2026

2